Decided June 26, 2007

## STATE OF CONNECTICUT *v.* NA'IM B.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 101 Conn. App. 373 (AC 26569), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to support the defendant's

conviction of risk of injury to a child in violation of General Statutes § 53-21 (a) (1)?"

ROGERS, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17923.

*Timothy F. Costello*, special deputy assistant state's attorney, in support of the petition.

*Paul W. Summers*, assistant public defender, and *James B. Streeto*, assistant public defender, in opposition.

Decided June 26, 2007